IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PHILLIP VANZANT,
    Petitioner,

vs.                                           Case No.: 5:05cv208/RS/EMT

FLORIDA PAROLE COMMISSION,
    Respondent.
_____/

## **ORDER**

Now pending is Respondent's answer and motion to dismiss (Doc. 19) the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 1).

Respondent seeks dismissal of the petition on the basis that it was untimely filed pursuant to 28 U.S.C. § 2244(d). In its answer, Respondent references part of the state court record as Exhibits A–P; however, only Exhibits A–K and the first 25 pages of Exhibit L were actually filed. This court finds that review of all of the exhibits is necessary for resolution of the timeliness issue. Therefore, Respondent shall be required to file a complete copy of Exhibits L, M, N, O, and P.

Accordingly, it is **ORDERED**:

Within **TEN (10) DAYS** from the date of docketing of this order, Respondent shall file a complete copy of Exhibits L, M, N, O, and P, as referenced in its answer and motion to dismiss (Doc. 19).

**DONE AND ORDERED** this 14th day of March 2007.

                                                  /s/ *Elizabeth M. Timothy*
                                                 **ELIZABETH M. TIMOTHY**
                                                 **UNITED STATES MAGISTRATE JUDGE**