IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PHILLIP VAN ZANT,

    Petitioner,

vs.                               CASE NO. 5:05cv208/RS

FLORIDA PAROLE COMMISSION,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Order, Report and Recommendation (Doc. 37) and Petitioner's Objections to Magistrate's Order, Report and Recommendation (Doc. 42). I have reviewed Petitioner's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Order, Report and Recommendation is approved and is incorporated in this Order.

2. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is dismissed with prejudice as untimely.

3. This case is dismissed with prejudice.

4. The clerk is directed to close the file.


ORDERED on April 20, 2007.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**