**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

PHILLIP VAN ZANT,

    Petitioner,

vs.                                   CASE NO. 5:05cv208/RS

FLORIDA PAROLE COMMISSION,

    Respondent.
_____/

## ORDER

Before me is Petitioner's Motion For Certificate of Appealability (Doc. 80). I find that Petitioner has not made a substantial showing of the denial of a constitutional right.

Petitioner's Motion For Certificate of Appealability is **denied**.

ORDERED on February 1, 2008.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK
                                            UNITED STATES DISTRICT JUDGE**