IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PHILLIP VAN ZANT,
    Petitioner,

vs.                                               Case No. 5:05cv208/RS/EMT

FLORIDA PAROLE COMMISSION,
    Respondent.
_____/

## ORDER

       This matter is before the court on Petitioner's "Notice of Inquiry and Request for Ruling" (Doc. 110), in which Petitioner seeks immediate disposition of his motion for discovery (Doc. 108) and immediate disposition of objections to two orders issued by the undersigned (Docs. 106, 109). Petitioner has failed to show good cause for expediting review of these matters; therefore, the instant motion will be denied.

       Accordingly, it is **ORDERED**:

       Petitioner's "Notice of Inquiry and Request for Ruling" (Doc. 110) is **DENIED**.

       **DONE AND ORDERED** this 15th day of July 2009.


                                         /s/ *Elizabeth M. Timothy*
                                         **ELIZABETH M. TIMOTHY**
                                         **UNITED STATES MAGISTRATE JUDGE**