IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PHILLIP VAN ZANT,
    Petitioner,

vs.                                             Case No.: 5:05cv208/RS/EMT

FLORIDA PAROLE COMMISSION
    Respondent.
_____/

**O R D E R**

        This cause is before the court on Petitioner's reply (Doc. 149) to Respondent's answer (Doc. 129) to the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 1). Upon review of the pleadings, the court notes that Respondent addressed only four of Petitioner's eight claims (*see* Doc. 129 at 8–23), despite the court's previous instruction to address all eight claims (*see* Doc. 116 at 1 n.1). Rule 5 of the Rules Governing Section 2254 Cases provides that the answer must address the allegations in the petition. *See* Rules Governing Section 2254 Cases in the United States District Courts 5(b). Furthermore, Respondent's addressing all of Petitioner's claims will aid the court in making a just disposition of this matter. *See* 28 U.S.C. § 2243 (court shall dispose of petition as law and justice requires). Therefore, Respondent will be required to file an amended answer.

        Accordingly, it is **ORDERED**:

        Within **THIRTY (30) DAYS** from the date of docketing of this order, Respondent shall file an amended answer addressing all eight of Petitioner's claims.

        **DONE AND ORDERED** this 15th day of October 2009.

                                                /s/ *Elizabeth M. Timothy*
                                                **ELIZABETH M. TIMOTHY**
                                                **UNITED STATES MAGISTRATE JUDGE**