IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PHILLIP VAN ZANT,

    Petitioner,

vs.                                        CASE NO. 5:05-cv-208/RS/EMT

FLORIDA PAROLE COMMISSION,

    Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Order and Report and Recommendation (Doc. 164) and Petitioner's objections (Docs.172, 173, 175). I have made a de novo determination of those portions of the report to which objection has been made pursuant to 28 U.S.C. § 636(b)(1)(C).

**IT IS ORDERED:**

1. The Magistrate Judge's Order and Amended Report and Recommendation is approved and incorporated in this Order.

2. Petitioner's Motion for Stay and Abeyance (Doc. 159) is **denied.**

3. The petition for writ of habeas corpus (Doc. 1) is **denied.**

4. The clerk is directed to close the file.

 **ORDERED** on March 17, 2010.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**