IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PHILLIP VAN ZANT,

    Petitioner,

vs.                                    CASE NO. 5:05cv208/RS-EMT

FLORIDA PAROLE COMMISSION,

    Respondent.
_____/

## ORDER

A certificate of appealability is denied because Respondent has not made a substantial showing of the denial of a constitutional right.

**ORDERED** on March 18, 2010.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**