# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

PHILLIP VAN ZANT,

    Petitioner,

vs.                               CASE NO. 5:05cv208/RS-EMT

FLORIDA PAROLE COMMISSION,

    Respondent.

_____/

## AMENDED ORDER

A certificate of appealability is denied because Petitioner has not made a substantial showing of the denial of a constitutional right.

**ORDERED** on May 4, 2010.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**