IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PHILLIP VAN ZANT,

    Petitioner,

vs.                                CASE NO. 5:05cv208/RS-EMT

FLORIDA PAROLE COMMISSION,

    Respondent.
_____/

## ORDER

Respondent Florida Parole Commission is directed to file a response to Petitioner's Motion For Relief From Judgment (Doc. 194) not later than April 20, 2011.

**ORDERED** on April 11, 2011.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**