IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PHILLIP VAN ZANT,

    Petitioner,

vs.                                       CASE NO. 5:05cv208/RS-EMT

FLORIDA PAROLE COMMISSION,

    Respondent.

_____/

## ORDER

Petitioner's Motion For Relief From Judgment (Doc. 194) is **denied**.

**ORDERED** on May 12, 2011.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**