IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PHILLIP VAN ZANT,

    Petitioner,

vs.                                            CASE NO. 5:05cv208/RS-EMT

FLORIDA PAROLE COMMISSION,

    Respondent.
_____/

## ORDER

Pursuant to Rule 11, Rules Governing §2255 Proceedings, Petitioner's Motion For Certificate of Appealability (Doc. 206) is **denied** because Petitioner has not made a substantial showing of the denial of a constitutional right.

**ORDERED** on June 21, 2011.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**